DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA DAVID,**
Appellant,

v.

**METROPOLITAN LIFE INSURANCE COMPANY,**
Appellee.

No. 4D2022-2007

[December 14, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Senior Judge; L.T. Case No. 502017CA011229.

George A. David of George A. David, P.A., Coral Gables, for appellant.

Brian L. Lerner and Kristen L. Palacio of Kim Vaughan Lerner LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***